# United States Court of Appeals

### For the Eighth Circuit

_____

No. 17-3295

_____

William J. Bush

*Plaintiff - Appellant*

v.

Risk Management Agency, USDA/RMA; United States Department of Agriculture

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Northern District of Iowa - Sioux City

_____

Submitted: June 21, 2018
Filed: June 26, 2018
[Unpublished]

_____

Before WOLLMAN, BENTON, and KELLY, Circuit Judges.

_____

PER CURIAM.

William J. Bush appeals after the district court[1] adversely granted summary judgment to the United States Department of Agriculture and its Risk Management Agency in his pro se Freedom of Information Act (FOIA) action seeking information on soybean and corn yields, aggregated by section, for four Iowa townships; declaratory relief; and an award of attorney fees and litigation costs. Having reviewed the record and the parties' arguments on appeal, we conclude that the district court did not err in its decision. See Miller v. U.S. Dep't of State, 779 F.2d 1378, 1382 (8th Cir. 1985) (in FOIA cases, grant of summary judgment is appropriate where "the agency proves that is has fully discharged its obligations under FOIA, after the underlying facts and inferences to be drawn from them are construed in the light most favorable to the FOIA requester"). Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable C.J. Williams, United States Magistrate Judge for the Northern District of Iowa, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).